Ex. No. 1474. STATE *v.* JAMES B. VERRIER. Motion of state to dismiss defendant's appeal granted. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. No. 1798. STATE *v.* PIERRE GRENIER. Defendant's pro se motion to compel Superior Court justice to render decision on bail hearing held on February 9, 1973 is denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Charles J. Rogers, Jr.,* for defendant.

Ex. No. 1876. STATE *v.* JOSEPH MARFEO. Motion of state to dismiss defendant's appeal denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *John F. Cicilline, Bevilacqua & Cicilline,* for defendant.

Ex. No. 1941. STATE *v.* GERALD DESIDERATO. Motion of state to dismiss defendant's appeal granted. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Albert J. Lepore, Coia & Lepore,* for defendant.

APPEAL No. 73-96. RAYMOND A. MENDILLO *v.* PAUL CHARON et al. d/b/a NORTHEAST EXPRESSWAY. Pursuant to plaintiff's motion to adjudge defendants in contempt, the defendants are ordered to appear on Tuesday, August 7, 1973 at 9:30 a.m., to *show cause,* if any they have, why they should not be adjudged in contempt of the order entered on June 5, 1973. Joslin, J., not participating. *Paul A. Lietar,* for plaintiff. *Aram K. Berberian,* for defendants.

APPEAL No. 1839. ALIE JACKSON *v.* JOHN QUINLAN, d/b/a QUINLAN HOME CONSULTANTS. Motion of defendant to reargue denied. Joslin, J., not participating. *John D. Lynch,* for plaintiff. *Jacob D. Portnoy,* for defendant.